**Angela N. Martinez, P.A.**
**2100 Ponce de Leon Boulevard**
**Suite 740**
**Coral Gables, FL 33134**
**(305) 476-1773 (p)**
**(786) 513-0440 (f)**

March 30, 2022

**<u>Via Email</u>**
Rodrigo Prichard, Esq.
Universal Music Latin Entertainment
404 Washington Avenue
Suite 660
Miami Beach, Florida 33139

RE:   Notice of Termination of Copyright – "Tan Enamorados" – Ricardo Montaner

Dear Mr. Prichard,

I hope this letter finds you well.

I represent Hector Reglero professionally known as Ricardo Montaner.  Please note that this shall serve as formal written notice under 17 U.S.C. 203(c) in connection with the album entitled "Tan Enamorados" (the "Album") which was originally released in 1989 by Rodven Records ("Rodven"), who in turn sold all of its rights in and to the Album to Universal Music Latin Entertainment.

The effective date of termination shall be July 1, 2024.

To my knowledge, neither Rodven Records nor Universal Music Latin Entertainment ever registered a copyright certificate in connection with this Album.

Please advise should you have any questions and or require any additional information.

All rights reserved.

Very truly yours,

*Angie Martinez*

Angela N. Martinez, Esq.

cc:      Hector Reglero

**EXHIBIT E**

**Angela N. Martinez, P.A.**
**2100 Ponce de Leon Boulevard**
**Suite 740**
**Coral Gables, FL 33134**
**(305) 476-1773 (p)**
**(786) 513-0440 (f)**

March 30, 2022

**Via Email**
Rodrigo Prichard, Esq.
Universal Music Latin Entertainment
404 Washington Avenue
Suite 660
Miami Beach, Florida 33139

RE:     **Notice of Termination of Copyright – "Un Toque De Misterio" – Ricardo Montaner**

Dear Mr. Prichard,

I hope this letter finds you well.

I represent Hector Reglero professionally known as Ricardo Montaner.  Please note that this shall serve as formal written notice under 17 U.S.C. 203(c) in connection with the album entitled "Un Toque De Misterio" (the "Album") which was originally released in 1990 by Rodven Records, who in turn sold all of its rights in and to the Album to Universal Music Latin Entertainment.

The effective date of termination shall be July 1, 2025.

To my knowledge, neither Rodven Records nor Universal Music Latin Entertainment ever registered a copyright certificate in connection with this Album.

Please advise should you have any questions and or require any additional information.

All rights reserved.

Very truly yours,

*Angie Martinez*

Angela N. Martinez, Esq.


cc:     Hector Reglero

**Angela N. Martinez, P.A.**
**2100 Ponce de Leon Boulevard**
**Suite 740**
**Coral Gables, FL 33134**
**(305) 476-1773 (p)**
**(786) 513-0440 (f)**

March 30, 2022

**Via Email**
Rodrigo Prichard, Esq.
Universal Music Latin Entertainment
404 Washington Avenue
Suite 660
Miami Beach, Florida 33139

RE:     Notice of Termination of Copyright – "Yo Que Te Ame" – Ricardo Montaner

Dear Mr. Prichard,

I hope this letter finds you well.

I represent Hector Reglero professionally known as Ricardo Montaner.  Please note that this shall serve as formal written notice under 17 U.S.C. 203(c) in connection with the album entitled "Yo Que Te Ame" (the "Album") which was originally released in 1991 by Rodven Records ("Rodven"), who in turn sold all of its rights in and to the Album to Universal Music Latin Entertainment.

The effective date of termination shall be July 1, 2026.

To my knowledge, neither Rodven Records nor Universal Music Latin Entertainment ever registered a copyright certificate in connection with this Album.

Please advise should you have any questions and or require any additional information.

All rights reserved.

Very truly yours,

*Angie Martinez*

Angela N. Martinez, Esq.

cc:     Hector Reglero