March 5, 2024

By Email and U.S. Mail
Universal Music Group N.V.
Universal Music Latino, a division of UMG Recordings, Inc.
Universal Music Venezuela S.A.
2220 Colorado Avenue
Santa Monica, CA 90404
Attention: Gladys Sanchez (Gladys.Sanchez@umusic.com)
Scott Bauman (Scott.Bauman@umusic.com)
Anthony Gambol (Anthony.Gambol@umusic.com)

**Re: Notice of Termination of Transfer Pursuant to 17 U.S.C. § 203**

To Whom It May Concern:

My name is Hector Eduardo Reglero Montaner, and I am professionally known as "Ricardo Montaner." Reference is hereby made to the agreement between Love Records L.R., C.A. ("Love Records") and me dated November 3, 1986 ("Montaner Recording Agreement"). As successor in interest to Love Records and pursuant to 17 U.S.C. § 203, please accept this notice of termination of the grant of all rights made by me to Love Records in the Montaner Recording Agreement in connection with the below referenced recordings.

| Album Title | Registration Number | Date of Publication | Effective Date of Termination |
|---|---|---|---|
| Ricardo Montaner | Unknown | December 9, 1986 | March 5, 2026 |
| Ricardo Montaner 2 | Unknown | May 1, 1988 | March 5, 2026 |
| Un Toque de Misterio | Unknown | November 1, 1989 | March 5, 2026 |
| En El Último Lugar del Mundo | SR0000141641 | May 1, 1991 | May 1, 2026 |
| Los Hijos del Sol | SR0000151405 | November 19, 1992 | November 19, 2027 |

My authorized representative in connection with this matter is Sara Frisch, who may be contacted at sara@theadvisory-la.com or at 4211 Redwood Ave #204, Los Angeles, CA 90066 with any questions.

Thank you,

_____
Hector Eduardo Reglero Montaner

**EXHIBIT F**