UNIVERSAL MUSIC GROUP

April 22, 2026

**Via DHL & Email**

Warner Music Latin America
and its affiliates including ADA ("you")
555 Washington Avenue
Suite 400
Miami Beach, Florida 33139
Attn: Giselle De Armendi

**RE: Universal Music Publishing Venezuela Owned Albums Embodying the Performances of Hector Eduardo Reglero Montaner p/k/a "Ricardo Montaner" ("Artist")**

Dear Giselle:

I am writing to you on behalf of Universal Music Publishing Venezuela S.A. ("UMPV"), with respect to five (5) UMPV owned albums embodying Artist's performances listed on Schedule A and incorporated by reference herein (collectively, the "Albums").

It has come to our attention that you and/or your subsidiaries and/or affiliates may be engaged in discussions and/or negotiations, or may have entered into an agreement with Artist or Artist's representatives, or company, that may include the license, distribution, and/or the purchase of the UMPV owned Albums.

To the extent that any such agreement includes the UMPV Albums, request is hereby made that you refrain from the manufacture, distribution, marketing, or other sale and/or exploitation in any manner of such UMPV owned Albums.

Request is further made that you kindly:

1.  Confirm, in the event that that you or your affiliates have entered into an agreement with respect to the Albums, whether Artist presented any evidence substantiating that Artist is the owner of the Albums.

2.  Confirm that neither you nor any of your subsidiaries or affiliates have made any payments to Artist with respect to the Albums or any sound recordings embodied therein.

3.  Refrain from making any payments to Artist with respect to the exploitation of the Albums.

4.  Confirm that neither Artist nor anyone acting on his behalf has delivered any sound recordings to you or any of your subsidiaries or affiliates containing the Albums.

5.  Refrain from any further contact with Artist concerning the UMPV Albums and their delivery, receipt, licensing, distribution, or other exploitation of any recordings contained therein.

Please provide confirmation of the above within three (3) business days from the date hereof.

This letter shall not be construed as a waiver of any rights, claims, or remedies, at law and in equity, which UMPV may have, all of which are hereby expressly reserved.

We look forward to hearing from you.

Sincerely,

DocuSigned by:

EC6F7BCBF328458...

Mateo Trujillo
Business & Legal Affairs
Universal Music Andean Region

**EXHIBIT G**

UNIVERSAL MUSIC PUBLISHING VENEZUELA S.A.
AV Alma Mater; Edif. Residencias Villa D'Este Piso PB; Urb. Los Chaguaramos
Caracas, Venezuela

Docusign Envelope ID: E8F0955B-3A81-8E7A-8122-688AF9F6F86E

**Schedule A**

| Name of the Album | UPC | Title | ISRC |
|---|---|---|---|
| Ricardo Montaner (1986) | 600753009109 | Afortunados | VEP038600009 |
| | | Dame una mañana | VEP038600005 |
| | | En ti | VEP038600010 |
| | | Extraño sentimiento | VEP038600007 |
| | | Necesito de ti | VEP038600003 |
| | | No me quites tu amor | VEP038600008 |
| | | Ojos negros | VEP038600006 |
| | | Uno del otro | VEP038600001 |
| | | Vamos a dejarlo | VEP038600002 |
| | | Yo que te amé | VEP038600004 |
| Ricardo Montaner 2 (1988) | 731452996527 | A donde va el amor | VEP038800002 |
| | | Debo cambiar de amor | USUL19900309 |
| | | Haciendo camino | USUL19900311 |
| | | La bella durmiente y yo | USUL19900305 |
| | | Que le diré, que me dirá | USUL19900310 |
| | | Solo con un beso | VEP038800003 |
| | | Tan enamorados | VEP038800006 |
| | | Tú | USUL19900307 |
| | | Tu piano y mi guitarra | USUL19900308 |
| Un Toque De Misterio (1989) | 600753009116 | Angelical | USUL19900296 |
| | | Cada vez | USUL19900298 |
| | | Ciudadano enmascarado | USUL19900302 |
| | | La chica del ascensor | USUL19900295 |
| | | La cima del cielo | VEP038900001 |
| | 731453141223 | Me va a extrañar | USWWW0201734 |
| | | Reina de la noche | USUL19900297 |
| | | Te presiento | USUL19900300 |
| | | Un toque de misterio | USUL19900294 |
| | | Yo sin ti | USUL19900301 |
| En el Último Lugar del Mundo (1991) | 600753009123 | Arrebato de amor | USUL19900277 |
| | | Corazón fracturado | USUL19900271 |
| | | Dejame llorar | VEP039100001 |
| | | En el último lugar del mundo | USUL19900276 |
| | | La pareja del año | USUL19900278 |
| | | Lady juan | USUL19900279 |
| | | Muchacha | USUL19900274 |
| | | Por una noche de tu sol | USUL19900273 |
| | | Será | VEP039100003 |
| | | Tengo el mundo aquí | USUL19900275 |
| | | Vamos pa' la conga | VEP039100010 |
| Los Hijos del Sol (1992) | 600753009093 | A donde vas mujer | VEP039200012 |
| | | Al final del arcoiris | VEP039200005 |
| | | Castillo Azul | VEP039200001 |
| | | Con amor | VEP039200009 |
| | | Cuando nacen amores | VEP039200010 |
| | | Honda | VEP039200011 |
| | | Los hijos del sol | VEP039200007 |
| | | Media naranja | VEP039200006 |
| | | No me entregues tu amor | VEP039200004 |
| | | Piel adentro | VEP039200003 |
| | | Sabor a nada | VEP039200008 |
| | | Vivir con ánimo | VEP039200002 |